IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FILOMENO FRANCO,** | : | CIVIL ACTION NO. 1:18-CV-2339 |
| | : | |
| Petitioner | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **WARDEN BRADLEY,** | : | |
| | : | |
| Respondent | : | |

## **ORDER**

AND NOW, this 29th day of December, 2020, upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) challenging petitioner's federal conviction and sentence in the United States District Court for the Western District of Texas is DISMISSED for lack of jurisdiction.

2. The claim challenging petitioner's custody classification is DISMISSED without prejudice.

3. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania